**Andrew B. McKINNE, Appellant, v. UNITED STATES of America, City of Richmond, and Parr–Richmond Terminal Corporation, Appellees.**

**No. 10751.**

Circuit Court of Appeals, Ninth Circuit.

May 1, 1944.

Waldo F. Postel, of San Francisco, Cal., for appellant.

M. Mitchell Bourquin, Sp. Asst. to Atty. Gen., for appellee United States.

Thomas M. Carlson, of Richmond, Cal., and Herbert W. Clark, of San Francisco, Cal., for appellee City of Richmond.

Morrison, Hohfeld, Foerster, Shuman & Clark, and F. C. Hutchens, all of San Francisco, Cal., for appellee, Parr-Richmond Term. Corp.

Before WILBUR, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal herein be dismissed, without costs to any party, and that the bond on

**458**

appeal executed by appellant and his surety be and hereby is cancelled and the liability of the obligors discharged, that a decree of dismissal be filed and entered accordingly and the mandate of this court issue forthwith.